United States District Court
Northern District of California

1

2          UNITED STATES DISTRICT COURT

3          NORTHERN DISTRICT OF CALIFORNIA

4

5    STEVEN WAYNE BONILLA,                    Case No. 16-cv-00400-VC   (PR)

          Plaintiff,
6                                            **ORDER OF DISMISSAL WITH
                                             PREJUDICE**
7          v.

8    SANDRA L. MARGULIES, et al.,

          Defendants.
9

10         Plaintiff Steven Wayne Bonilla is a state prisoner who alleges that California Court of

11   Appeal Justice Sandra L. Margulies and the Superior Court of Alameda County violated his

12   constitutional rights.  Bonilla has been disqualified from proceeding *in forma pauperis* under 28

13   U.S.C. § 1915(g) unless he is "under imminent danger of serious physical injury" at the time he

14   filed his complaint.  28 U.S.C. 1915(g); *In re Steven Bonilla*, No. C 11-3180 CW (PR); *Bonilla v.*

15   *Dawson*, No. C 13-0951 CW (PR).

16         The allegations in this complaint do not show that Bonilla was in imminent danger at the

17   time of filing.  Therefore, he may not proceed *in forma pauperis*.  Furthermore, he may not

18   proceed even if he pays the filing fee because, even liberally construed, the allegations do not state

19   a claim for which relief may be granted and amendment would be futile.

20         Accordingly, this complaint is dismissed with prejudice.  The Clerk of the Court shall enter

21   a separate judgment and close the file.

22

23         **IT IS SO ORDERED**.

24   Dated: January 28, 2016

25   _____

26   VINCE CHHABRIA
     United States District Judge

27

28